## Commonwealth *v.* MacKay, Appellant.

Argued December 8, 1971.
*Samuel W. Salus, II,* Public Defender, for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McGee, Appellant.

Argued December 13, 1971. *Cecil B. Moore,* with him *Ronald J. Brockington,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Maxine J. Stotland,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order and judgment of sentence affirmed.